**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

      **Tucker, Jean M.**           : **Chapter 13**
           **Debtor**           : **18-16515**

**CERTIFICATE OF SERVICE**

I certify that on  February 14, 2022, I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Application for Order to Sell Real Property Free and Clear of Liens and Order Requiring Answer and Notice of Hearing to Consider Application to the parties listed below.

Dated:  February 14, 2022.

            "/s/" Mitchell J. Prince
           John L. McClain, Esquire
           Mitchell J. Prince, Esquire
           Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

NewRez LLC DBA Shellpoint Mortgage Servicing Date Claim Filed: 01/30/2019
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 4911

Pennsylvania Housing Finance Agency-
Homeowners Emergency Mortgage Program
211 North Front Street,
P.O. Box 8029
Harrisburg, PA 17105
ATTN: Brian A. Hudson, Sr., Executive Director & CEO
and Jada S. Greenhowe, Assistant Counsel

Decision One Mortgage Company LLC
3023 HSBC Way, STE 400
Fort Mill, SC 29707

HSBC Finance Corporation as Successor in Interest to
Decision One Mortgage and Company LLC.
1421 West Shure Drive, STE 100
Arlington Heights, IL 60004
ATTN: Mc. Kathryn Madison, CEO

HSBC Finance Corporation as Successor in Interest to
Decision One Mortgage and Company LLC.
c/o Ocwen Loan
PO Box 24646
West Palm Beach, FL 33416

Preferred Credit Inc.
P.O. Box 1970
Saint Cloud, MN 56302

Tucker, Jean M.
43 Constitution Ave
Doylestown, PA 18901